UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | Case No. CR08-207-MJP-BAT |
| v. | |
| THENG KHIM, | DETENTION ORDER |
| Defendant. | |

Offense charged:

Conspiracy to Import and Distribute MDMA/Ectasy and Possession with Intent to Distribute MDMA/Ecstacy.

Detention Hearing: December 17, 2008.

The Court, having conducted a detention hearing pursuant to Title 18 U.S.C. § 3142(f), and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which the defendant can meet will reasonably assure the appearance of the defendant as required and the safety of any other person and the community.

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

On June 5, 2008 defendant was released on bond and placed on Pretrial Services supervision with special conditions. U.S. Pretrial Services has submitted a violation report alleging defendant

DETENTION ORDER -1

violated the bond condition that he not commit a federal, state, or local crime during the period of release by being arrested by Immigration and Customs Enforcement on November 13, 2008 for Possession with Intent to Deliver MDMA. Defendant stipulated to a revocation of his appearance bond and detention.

It is therefore ORDERED:

(1) Defendant shall be detained pending trial and committed to the custody of the Attorney General for confinement in a correctional facility separate, to the extent practicable, from persons awaiting or serving sentences, or being held in custody pending appeal;

(2) Defendant shall be afforded reasonable opportunity for private consultation with counsel;

(3) On order of a court of the United States or on request of an attorney for the Government, the person in charge of the correctional facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

(4) The clerk shall direct copies of this order to counsel for the United States, to counsel for the defendant, to the United States Marshall, and to the United States Pretrial Services Officer.

DATED this 17th day of December, 2008.

BRIAN A. TSUCHIDA
United States Magistrate Judge

DETENTION ORDER -2