JUDGE MARSHA J. PECHMAN

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| UNITED STATES OF AMERICA, | NO. **CR 08-0207MJP** |
|---|---|
| Plaintiff, | **ORDER SEALING SENTENCING MEMORANDUM** |
| v. | |
| THENG KHIM, | |
| Defendant. | |

Having read the Defense's Sentencing Memorandum in the above-captioned case, which was filed under seal, and Defense's Motion to Seal requesting that the Defense's Sentencing Memorandum be allowed to remain under seal,

It is hereby ORDERED that the Defense's Sentencing Memorandum is this matter shall remain sealed.

Dated this 24th day of April, 2009.

_____
Marsha J. Pechman
United States District Judge

__/s/ Ephraim W. Benjamin_____
Ephraim W. Benjamin, WSBA 23616
Attorney for Defendant

**ORDER TO SEAL SENTENCING MEMORANDUM**
*Page- 1*

**EPHRAIM W. BENJAMIN**
Attorney at Law
233 St. Helens Avenue
Tacoma, WA 98402
Tacoma (253) 272-3733
Cell (253) 229-5406
Fax (253) 272-8609
Email: esqewb@aol.com